**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN DOE 1, et al.,

      Plaintiffs,

v.                                Case No.  13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

                                         /

**ORDER REQUIRING PARTIES TO MEET AND CONFER**

On December 20, 2013, Plaintiffs filed a "Motion for Protective Order." [Dkt. # 28] On the same day, Defendants filed a "Motion to Dismiss or, in the Alternative, Motion for More Definite Statement." [Dkt. # 31]  Neither motion contained the statement required by Local Rule 7.1(a)(2) explaining how concurrence was sought and whether it was obtained.  In an apparent attempt to remedy this fault, Plaintiffs filed a rule 7.1(a) statement three days after their motion was filed.  [Dkt. # 32]  Because concurrence was not sought by either party *prior to* filing their respective motions, the court struck both motions from the docket.  It does not appear to the court that the parties are meeting and conferring in a good faith effort to obtain concurrence for their respective requests for relief.  Accordingly,

IT IS ORDERED that lead counsel for the parties (*i.e.*, trial counsel) are DIRECTED to meet and confer in person by **January 10, 2014**.

IT IS FURTHER ORDERED that the parties will file a joint statement by **January**

**17, 2014** explaining their efforts to resolve the issues implicated by the now-terminated

motions.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 31, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, December 31, 2013, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\13-14356.JOHNDOE.OrderMeetConfer.jac.wpd