# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                                Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                                                     /

**ORDER GRANTING DEFENDANTS' MOTION FOR STATUS CONFERENCE**

On March 4, 2014, Defendants moved for a status conference following a breakdown in negotiations over an agreement between the parties on parameters for conducting interviews with putative class members, as well as for a protective order in the case. The court agrees that a status conference is necessary, in part to determine the parties' reactions to the court holding an evidentiary hearing to decide these issues. Accordingly,

IT IS ORDERED that Defendants' "Motion for Status Conference" [Dkt. # 49] is GRANTED. The court will hold a telephonic status conference with the parties on **March 13, 2014, at 9:30 a.m.** Although all counsel for both Plaintiffs and Defendants are welcome to listen on the call, the court DIRECTS each side to appoint one lead counsel prepared to represent his or her respective position. The court will initiate the call.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 10, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2014, by electronic and/or ordinary mail.

                                           s/Lisa Wagner  
                                           Case Manager and Deputy Clerk  
                                           (313) 234-5522