**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                     Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

**ORDER SETTING MOTION DEADLINES**

Following a motion by Defendants, the court held an off-the-record telephonic status conference with counsel for the parties on March 13, 2014.  The court discussed with the parties their inability to reach an agreement on: (1) proposed parameters for interviewing putative class members and prisoner witnesses; (2) a proposed protective order sealing Plaintiffs' identities; and (3) a Rule 26(f) plan that has yet to be submitted. The court noted that the parties seem to be unable to come to an agreement on all three points, and that motion practice will be necessary in order to move the case forward.  Accordingly,

IT IS ORDERED that Plaintiffs will file a motion for a protective order regarding parameters for interviewing putative class members and prisoner witnesses by **March 28, 2014.**  Defendants' response is due by **April 4, 2014**.

IT IS FURTHER ORDERED that Defendants will file a motion for a more definite statement by **March 28, 2014.**  Plaintiffs' response is due by **April 4, 2014.**

      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2014, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522