UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1 et al.,

    Plaintiff,

v.                                                              Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendant.
                                              /

**ORDER DENYING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS'
COUNSEL TO RETURN ATTORNEY WORK PRODUCT AND
PROTECTIVE ORDER GOVERNING "EXHIBIT F" TO DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT**

On March 25, 2014, Defendants filed a "Motion to Compel Plaintiffs' Counsel to Return Attorney Work Product Inadvertently Produced."  The court held a telephonic hearing on this motion on April 10, 2014.  For the reasons more fully stated on the record,

IT IS ORDERED that Defendants' "Motion to Compel Plaintiffs' Counsel to Return Attorney Work Product Inadvertently Produced" [Dkt. # 57] is DENIED.

IT IS FURTHER ORDERED that this protective order governs the unredacted affidavits filed as "Exhibit F" to Defendants' Motion for Partial Summary Judgment [Dkt. # 47].  Defendants shall provide Plaintiffs' counsel with

unredacted copies of the affidavits that constitute "Exhibit F," but Plaintiff's counsel shall not distribute copies of the affidavits, or disclose the identities of the affiants contained in those affidavits, to anyone, including their clients, without or until further order of the court.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 18, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

2