**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

---

JOHN DOE 1, et al.,

       Plaintiffs,

v.                                                    Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTIONS TO SEAL DOCUMENTS AND
PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVITS**

On April 25, 2014, Plaintiffs moved for leave to file two supplemental affidavits in support of their response to Defendants' motion for summary judgment, which is currently pending before the court.  Plaintiffs explain that although the deadline for their response to Defendants' motion has passed, they did not file the two affidavits with their response because, at the time of the deadline, Defendants had submitted a pending motion to compel which argued that the attorney work product privilege protected the affidavits. The court has since denied Defendants' motion to compel.  (Dkt. # 73, Pg. ID 1215.)  Given that Plaintiffs' proposed affidavits challenge the accuracy of an exhibit to Defendants' motion for summary judgment, thus rendering the proposed supplements directly relevant to consideration of the matter, the court will allow Plaintiffs to file their supplemental affidavits.

Pursuant to E.D. Mich. Local Rule 5.3(b), the court has authority to seal documents submitted by the parties.  Plaintiffs request that the court seal nine affidavits

submitted by youthful prisoners, stating that the affidavits should be sealed in order to protect the confidentiality, privacy, and integrity of the prisoner affiants, as well as "to reduce their risk of being retaliated against or intimidated by unidentified prisoners and others within the prisons system."  The court finds that there is good cause to grant Plaintiffs' request.  Accordingly,

IT IS ORDERED that Plaintiffs' "Motion for Leave to File Supplemental Affidavits" (Dkt. # 77) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' pending motions to seal (Dkt. ## 60, 64, 78) are GRANTED.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 29, 2014, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522