**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                                   Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

**ORDER SETTING EVIDENTIARY HEARING**

On May 21, 2014, the court held an on-the-record telephone conference with the parties to discuss holding an evidentiary hearing for Plaintiffs' pending motion for a protective order. After consulting with the parties,

IT IS ORDERED that the parties are DIRECTED to appear for an evidentiary hearing on Plaintiffs' "Motion for a Protective Order" (Dkt. # 61) **on June 4 and 5, 2014 at 8:30 a.m.** Prior to the hearing, the court anticipates that the parties will agree on a date to exchange witness lists.

IT IS FURTHER ORDERED that briefing on Defendants' "Motion to Dismiss Counts II and III of Plaintiffs' Complaint" (Dkt. # 87) is SUSPENDED until further order of the court.

IT IS FURTHER ORDERED that, absent unforeseen exigency, the parties are DIRECTED to cease filing motions with the court until such time as the court issues a scheduling order governing this case.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: May 27, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522