**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

                                    /

**ORDER SETTING BRIEFING SCHEDULE AND CLOSING ARGUMENTS**

On June 5, 2014, at the conclusion of the evidentiary hearing regarding Plaintiffs' motion for a protective order, the parties requested an opportunity to review the transcripts of the hearing in order to prepare closing briefs. The transcripts have now been published to the docket, and the parties have had a reasonable opportunity to review them. Accordingly,

IT IS ORDERED that Plaintiffs will file a brief of no more than ten pages summarizing their arguments in favor of granting their motion for a protective order by **July 9, 2014.** Defendants will file a response brief of no more than ten pages by **July 16, 2014.**

IT IS FURTHER ORDERED that the parties will appear at **2:00 p.m. on July 23, 2014**, for closing arguments on Plaintiffs' motion.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: June 27, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2014, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522