# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE 1, *et al.*,

    Plaintiffs,

v.   Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS**

On August 4, 2014, the court held an off-the-record telephonic status conference. The parties discussed engaging in limited discovery, and the court anticipates that they will jointly submit a stipulated order in the coming days. The parties further agreed that the issues in Defendants' pending motion to dismiss will be better presented at a later date. Accordingly,

IT IS ORDERED that Defendants' motion to dismiss (Dkt. # 87) is DENIED WITHOUT PREJUDICE.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: August 5, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2014, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522