**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE 1, *et al.*,

    Plaintiffs,

v.                                            Case No.  13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
                                                   /

**ORDER ALLOWING TARGETED DISCOVERY**

On August 4, 2014, the court held a telephonic status conference.  The parties agreed to propose a stipulated deadline for targeted discovery into whether Plaintiffs exhausted their administrative remedies under the PLRA and whether said remedies were actually available to Plaintiffs.  On August 7, 2014, the parties submitted a "joint neutral position statement" agreeing that 90 days would be an appropriate period in which to conduct this limited discovery.  Accordingly,

IT IS ORDERED that the parties are DIRECTED to engage in the targeted discovery contemplated by their joint neutral position statement until **November 7, 2014.**  The court will hold a status conference with the parties on that date.  In the meantime, the rules outlined in the court's standard scheduling order shall apply.  As always, the parties are encouraged to contact the court before filing discovery-related motions.

                                                    s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated:  August 12, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 12, 2014, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522