UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                      Case No. 13-14356

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
    _____/

### ORDER DIRECTING SUBMISSION OF POSITION STATEMENTS

On August 12, 2014, the court issued an Order Allowing Targeted Discovery as to "whether Plaintiffs exhausted their administrative remedies under the PLRA and whether said remedies were actually available." (Dkt. # 120.) A dispute arose about the scope of this discovery and the parties submitted Statements of Issues. The court directs the parties to provide position statements on Plaintiffs' Issues 2, 3, 4, and 5a, as well as the question, "Under what circumstances is failure to exhaust excused?" Accordingly,

IT IS ORDERED that Plaintiffs will file a position statement of no more than fifteen pages by **November 14, 2014.** Defendants will file a response of no more than fifteen pages by **December 1, 2014.**

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2014, by electronic and/or ordinary mail.

   s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522