UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOE 1, *et al.*,

    Plaintiffs,

v.                                             Case No. 13-14356 & 16-13765

MICHIGAN DEPARTMENT OF CORRECTIONS,
*et al.*,

    Defendants.
_____/

**ORDER TERMINATING CASE WITHOUT PREJUDICE**

Upon consultation with counsel on the record on Thursday, March 19, 2020, in which the court was informed that the parallel related state court class action (Case Nos. 13-1196-CZ, 15-1006-CZ, Washtenaw County Circuit Court) has settled, awaiting only judicial approval after a class action fairness hearing currently scheduled for April 9, 2020, and the court having been further informed that no further judicial management or oversight related to the instant case is currently required, and that no such management will ever be required assuming approval of the state court class action settlement, and counsel and the court having considered and approved this "Order of Case Termination Without Prejudice," now therefore,

IT IS ORDERED that this case is TERMINATED and DISMISSED WITHOUT PREJUDICE to the right of Plaintiffs to reinstate the case upon notice, within the next 180 days, whereupon the case will be restored forthwith, and no later than 7 days after Plaintiffs' request for reinstatement, to the court's active docket for further judicial management and determination, with a Status Conference scheduled with the court

within 14 days of date in which the case is reinstated to discuss the logistics of the case going forward.

IT IS FURTHER ORDERED that if, within such 180 days, no such notice of reinstatement is presented, and assuming that no alternative final closing order is proffered by counsel and approved by the court, and assuming that no deadline extension is ordered, then this "Order of Case Termination Without Prejudice" will become a *dismissal with prejudice*.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\13-14356.DOE.DismissalWithoutPrejudice.docx